## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

CAROL FILER,                                    )
                                                )
        Plaintiff,                             )
                                                )
vs.                                             )
                                                )     **05-40038**
PFG OF MINNESOTA, INC.,                         )
                                                )
        Defendant.                             )

### COMPLAINT – CLASS ACTION

### INTRODUCTION

1.      Plaintiff Carol Filer brings this action to secure redress from unlawful credit and collection practices engaged in by defendant PFG of Minnesota, Inc.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), and state law.

### VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

3.      Venue and personal jurisdiction in this District are proper because:

      a.      Defendant's collection communications were received by plaintiff within this District;

      b.      Defendant does business within this District.

### PARTIES

4.      Plaintiff Carol Filer is an individual who resides in Southbridge, MA.

5.      Defendant PFG of Minnesota, Inc. is an Minnesota corporation. Its principal

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

1

place of business is located at 7825 Washington Avenue South, Suite 410, Minneapolis, MN 55439.

It has offices at 49 Winter Street, Weymouth, MA 02188.

      6.     PFG of Minnesota, Inc. is engaged in the business of a collection agency,

collecting debts originally owed to others.

      7.     PFG of Minnesota, Inc. is a debt collector as defined in the FDCPA.

## FACTS

      8.     On or about August 5, 2004, PFG of Minnesota, Inc. sent plaintiff Carol Filer

the collection letter attached as Exhibit A.

      9.     The letter sought to collect an alleged defaulted debt incurred for personal,

family or household purposes.

      10.    Exhibit A was the initial letter plaintiff received from defendant regarding

the debts described therein.

      11.    On information and belief, Exhibit A was the initial letter defendant sent

plaintiff regarding the debt described therein.

      12.    On information and belief, Exhibit A represents a form letter intended

for use by PFG of Minnesota, Inc. as the initial letter it sends to a consumer.

## COUNT I -- FDCPA

      13.    Plaintiff incorporates paragraphs 1-12.

      14.    Exhibit A describes the debt as "Bedford Fair - Tert", states that the

addressee owes $424.62 principal and $0.00 interest, and that the $462.62 total "may include other

debts not listed here."

      15.    The "validation notice" section of the FDCPA, 15 U.S.C. §1692g, provides:

2

§ 1692g.    **Validation of debts [Section 809 of P.L.]**

**Notice of debt; contents**

**(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing–**

**(1)    the amount of the debt;**

**(2)    the name of the creditor to whom the debt is owed; . . .**

16.    <u>Exhibit A</u> fails to comply with these requirements. A statement of "Bedford Fair - Tert" and an amount coupled with the statement "May include other debts not listed here" does not state the "amount of the debt" or reasonably identify the creditor to whom the debt is allegedly owed.

17.    On information and belief, the statement in <u>Exhibit A</u> that the debt consists of $424.62 principal and no interest is inaccurate.

18.    The misstatement described above violates the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and "use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)). "It is unfair to consumers under the FDCPA to hide the true character of the debt, thereby impairing their ability to knowledgeably assess the validity of the debt." <u>Fields v. Wilber Law Firm</u>, 383 F.3d 562 (7th Cir. 2004).

**CLASS ALLEGATIONS**

19.    Plaintiff brings this claim on behalf of three classes, designated A-C.

3

20.    Class A consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant sent a letter (c) that refers to the creditor as "Bedford Fair -- Tert" (d) which letter was sent on or after a date one year prior to the filing of this action (e) and less than 20 days after the filing of this action.

21.    Class B consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant sent a letter (c) containing the statement, "total may include other debts not listed here," (d) which letter was sent on or after a date one year prior to the filing of this action and (e) less than 20 days after the filing of this action.

22.    Class C consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant sent a letter (c) that lists as "interest" an amount less than the unpaid finance charges imposed on the account, (d) which letter was sent on or after a date one year prior to the filing of this action, (e) and less than 20 days after the filing of this action.

23.    Each class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of each class.

24.    There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibit A violates the FDCPA for any of the reasons stated.

25.    Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

26.    Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse

4

cases.

27.    A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant for:

      a.      Statutory damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      Such other or further relief as the Court deems proper.

### CLASS ALLEGATIONS

28.    Plaintiff brings this claim on behalf of three classes, designated A-C.

29.    Class A consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant  sent a letter (c) that refers to the creditor as "Bedford Fair -- Tert" (d) which letter was sent on or after a date 4 years prior to the filing of this action (e) and less than 20 days after the filing of this action.

30.    Class B consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant sent a letter (c) containing the statement, "total may include other debts not listed here," (d) which letter was sent on or after a date 4 years prior to the filing of this action and (e) less than 20 days after the filing of this action.

31.    Class C consists of (a) all natural persons with Massachusetts addresses (b) to whom defendant sent a letter (c) that lists as "interest" an amount less than  the unpaid finance charges imposed on the account, (d) which letter was sent  on or after a date 4 years prior to the filing of this action,  (e) and less than 20 days after the filing of this action.

32.    Each class is so numerous that joinder is impracticable.  On information and belief, there are more than 50 members of each class.

33.    There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibit A violates the FDCPA for any of the reasons stated.

34.    Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

35.    Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

36.    A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant for:

a.    Statutory damages of $25 per letter;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    Such other or further relief as the Court deems proper.

Respectfully submitted,

6

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379


_Christopher Lefebvre by_
_Jill Adler by permiss_

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI  02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056


## JURY DEMAND


Plaintiff demands trial by jury.

_Christopher Lefebvre by_

Christopher M. Lefebvre


7

# EXHIBIT A

**PFG OF MINNESOTA**
7825 Washington Ave S Ste 410
Minneapolis MN 55439-2409

ADDRESS SERVICE REQUESTED

*PFG OF MINNESOTA*

*Collector # 1-877-478-3492*

*✱ I keep getting these .*

August 5, 2004

**PFG OF MINNESOTA**
7825 Washington Ave S Ste 410
Minneapolis MN 55439-2409

#BWNDLHV   162766   10763
#Z34766/8#   Z34766-A

CAROL FILER
103 Charlton St
Southbridge MA 01550-1913

MEMBER

 
**CHECK BY PHONE**
IS ACCEPTED

Reference #:   Z34766
Total Due:     $424.62*
*Total May Include Other Debts Not Listed Here

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

| Creditor | Account # | Principal | Interest | Cost |
|----------|-----------|-----------|----------|------|
| BEDFORD FAIR- TERT | 703731737 | 424.62 | 0.00 | 0.00 |

**Total: $424.62***

*Total May Include Other Debts Not Listed Here

Your account has been assigned to this agency for collection. Please contact our office to resolve this account.

Sincerely,
**PFG of Minnesota**
1-877-478-3492

**Important Information**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector. This collection agency is licensed by the State of Minnesota Department of Commerce.

ICSPINN01A

49 Winter Street ♦ Weymouth MA 02188 ♦ Hours of Operation: Monday - Thursday 9a.m. to 5p.m. Eastern

DCSD # 323
CLS 9/24/04

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Carol Filer | PFG of Minnesota, Inc., et al. |

(b) County of Residence of First Listed Plaintiff **WORCESTER**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY): 42
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher M. Lefevbre
Law Offices of Claude Lefebvre & Sons

Attorneys (If Known)

# 05-40038

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | | | |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | | |
| ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | | |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Plaintiff alleges violation of the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE
2-28-05

SIGNATURE OF ATTORNEY OF RECORD
Christopher Lefebvre by [signature] by [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISON

1. Title of case (name of first party on each side only)    CAROL FILLER V. PFG OF MINNESOTA, INC.,
_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

  X    I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

  X    II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

  ___    III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,    **05 - 40038**
               380, 385, 450, 891.

  ___    IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

  ___    V.     150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                         YES ☐      NO **X**

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                         YES ☐      NO **X**

      If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                         YES ☐      NO **X**

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                         YES ☐      NO **X**

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                         YES ☐      NO **X**

      A.     If yes, in which division do **all** of the non-governmental parties reside?

           Eastern Division ☐      Central Division ☐      Western Division ☐

      B.     If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

           Eastern Division ☐      Central Division **X**      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                         YES ☐      NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    Christopher M. Lefebvre, Law Offices od Claude Lefebvre & Sons

ADDRESS   Two Dexter Street, Pawtucket, RI 02860

TELEPHONE NO.   (401) 728-6060