AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  MASSACHUSETTS

Carol Filer

**APPEARANCE**

v.

Case Number:

PFG of Minnesota, Inc.,

**05-40038**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carol Filer. Plaintiff

I certify that I am admitted to practice in this court.

| 2/28/05 | |
|---|---|
| Date | Signature |
| | Christopher M. Lefebvre           629056 |
| | Print Name                        Bar Number |
| | Two Dexter Street |
| | Address |
| | Pawtucket           RI            02860 |
| | City                State         Zip Code |
| | (401) 728-6060     (401) 728-6534 |
| | Phone Number       Fax Number |