IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAROL FILER, | ) |
| | ) |
| Plaintiff, | ) 05-40038 |
| | ) |
| vs. | ) |
| | ) |
| PFG OF MINNESOTA, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff hereby requests permission for Daniel A. Edelman, Cathleen M. Combs and Francis R. Greene to appear pro hac vice in the above-referenced case. The attorneys of record are members of good standing in the United States District Court for the Northern District of Illinois. The attorneys of record do not reside or maintain offices for the practice of law within the State of Massachusetts. Christopher M. Lefebvre will serve as local counsel for this case. Mr. Lefebvre will attend all court hearings and will accept service on all documents.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

FILING FEE PAID:
RECEIPT # 404535
AMOUNT $ 150.00
BY DPTY CLK
DATE 3-21-05

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| CAROL FILER, | ) | |
| | ) | |
| Plaintiff, | ) | 05-40038 |
| | ) | |
| vs. | ) | |
| | ) | |
| PFG OF MINNESOTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ATTORNEY DANIEL A. EDELMAN

I, Daniel A. Edelman, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 7, 2005.

Daniel A. Edelman

Subscribed and sworn before me this
7th day of March, 2005

Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAROL FILER, | ) |
| | ) |
| Plaintiff, | )  05-40038 |
| | ) |
| vs. | ) |
| | ) |
| PFG OF MINNESOTA, INC., | ) |
| | ) |

### AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 7, 2005.

_____
Cathleen M. Combs

Subscribed and sworn before me this
___ day of _March_, 2005
_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAROL FILER, | ) |
| | ) |
| Plaintiff, | )  05-40038 |
| | ) |
| vs. | ) |
| | ) |
| PFG OF MINNESOTA, INC., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF ATTORNEY FRANCIS R. GREENE

I, Francis R. Greene, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 2000.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 7, 2005.

Francis R. Greene

Subscribed and sworn before me this
7th day of March, 2005.

_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on the ___16th___ day of ___March___, 2005, I caused true and accurate copies of the foregoing Notice of Motion, and the document referred to herein, to be served upon the following parties via United States Mail.

PFG of Minnesota, Inc.
49 Winter Street
Weymouth, MA 02188

_____
Christopher M. Lefebvre

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| CAROL FILER, | ) | |
| | ) | |
| Plaintiff, | ) | 05-40038 |
| | ) | |
| vs. | ) | |
| | ) | |
| PFG OF MINNESOTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF ADMISSION PRO HAC VICE

It appearing to the Court that Daniel A. Edelman, Cathleen M. Combs and Francis R. Greene, Attorneys at Law, states under penalty of perjury that they meet the requirements for admission pro hac vice and that they are in good standing and eligible to practice in all Courts to which admitted, it is therefore,

ORDERED by the Court that the Motion for Admission Pro Hac Vice of Daniel A. Edelman, Cathleen M. Combs and Francis R. Greene to appear in the United States District Court, District of Massachusetts in the above-reference cas

e be GRANTED.

This _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE