UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

DOCKET NO. 05-40038

CAROL FILER,
Plaintiff

v.

PFG OF MINNESOTA, INC.,
Defendant

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

The defendant PFG of Minnesota, Inc. ("PFG") moves that this Court, pursuant to Fed. R.. Civ. P. 12(b)(6), dismiss the plaintiff's complaint on the grounds that it fails to state claims for which relief may be granted. The complaint fails to articulate any coherent cause of action or any breach of duty or conduct by any of the defendants, and accordingly it must be dismissed. Further, PFG contends that the complaint is without any justifiable support, was filed in bad faith, and merits an award of sanctions.

In support, PFG refers to the Memorandum submitted in support of this Motion.

**WHEREFORE**, PFG demands that the complaint be dismissed with prejudice and that it be awarded their costs and attorney fees.

### REQUEST FOR ORAL ARGUMENT

The defendants, pursuant to Local Rule 7.1(D), request that the Court schedule this matter for oral argument.

ID # 427048v01/14474-2/ 04.05.2005

PFG OF MINNESOTA, INC.,
By its attorney,

*/s/ Steven S. Broadley*

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

Of Counsel:

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-347-0290

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this ⌐ day of April, 2005, I caused a copy of the above **Motion to Dismiss Pursuant to Rule 12(b)(6)** to be **mailed** to:

Daniel A. Edelman, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*/s/ Steven S. Broadley*

Steven S. Broadley

ID # 427048v01/14474-2/ 04.06.2005