AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL                                                District of                    MASSACHUSETTS

CAROL FILER

**SUMMONS IN A CIVIL ACTION**

V.

PFG OF MINNESOTA, INC.,

CASE NUMBER:

**05-40038**

TO: (Name and address of Defendant)

PFG of Minnesota, Inc.,
7825 Washington, Avenue, South
Suite 410
Minneapolis, MN 55439

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  March 1, 2005

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-23-2005 |
| NAME OF SERVER (PRINT) Carl Mayes | TITLE Independent Legal Services |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PFC of Worcester Inc
  c/t with Jnowelle Ross

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $55.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-23-05
             Date                  Signature of Server

             912 Washington St, Hopkins, MA
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.