**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| CAROL FILER, | ) | |
| | ) | |
| Plaintiff, | ) | 05-40038 FDS |
| | ) | |
| v. | ) | |
| | ) | |
| PFG OF MINNESOTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Carol Filer and defendant PFG of Minnesota, Inc. hereby stipulate to the dismissal of this action with prejudice with each to bear its own costs and fees.

Respectfully submitted,

**CAROL FILER**

By: s/ Francis R. Greene
    One of Her Attorneys

Daniel A. Edelman
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

**PFG OF MINNESOTA, INC.**

By: s/ Steven S. Broadley
       One of Its Attorneys

Steven S. Broadley
Posternak, Blankstein & Lund
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100
Fax: 617-722-4909

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on November 22, 2005, a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Steven S. Broadley
POSTERNAK, BLANKSTEIN & LUND
sbroadley@pbl.com

s/ Francis R. Greene
Francis R. Greene